TRIAL COURT CAUSE NO. ___25-BC03A-0001_____

<table>
<tr><td>§</td><td>IN THE BUSINESS COURT</td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td>15th COURT OF APPEALS</td></tr>
<tr><td>§</td><td>OF TEXAS</td></tr>
<tr><td>§</td><td></td></tr>
<tr><td>§</td><td>DIVISION 3A</td></tr>
</table>

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/25/2025 4:02:15 PM
CHRISTOPHER A. PRINE
Clerk

# BUSINESS COURT CLERK'S INFORMATION SHEET

THE FOLLOWING INFORMATION HAS BEEN COMPILED BY THE BUSINESS COURT CLERKS OFFICE:

Date of order appealed: ___February 19, 2025_____

Type of Order (Interlocutory or Final): ___Interlocutory_____

Date Motion for New Trial Filed:_____

Request for Findings of Fact and Conclusions of Law filed: _____

Date Notice of Appeal Filed: ___February 25, 2025_____

Name of judge who entered judgment:_____Hon. Melissa Andrews_____

Name of court reporter:___Donna Goree___and___Kimberly Kidd_____

    Address of court reporter:____donna.goree@txcourts.gov__and_kkidd295th@live.com_____

Name of attorney on appeal:_Dale Wainwright_____ SB#: __00000049_____

    Attorney Address:___300 West 6th Street, Suite 2050, Austin, Texas 78701____

    Attorney E-Mail Address: _dale.wainwright.gtlaw.com_____

    Attorney on appeal (check applicable box):

        ☐ appointed       x retained       ☐ Pro Se

Name of Appellee's Attorney: ___Christopher Hilton_____

    Attorney Address: __600 Congress Ave., Austin, Texas 78748_____

    Attorney E-Mail Address: __chris@stonehilton.com_____

**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Fifteenth Court of Appeals via TAMES

Court Reporter via E-Mail

On___February 25, 2025_____       By: _BC_ (clerk's initials)